EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Horario para la Presentación de Escritos en el Tribunal de Apelaciones del 29 de septiembre al 10 de octubre de 2003 | 2003 TSPR 144 <br><br> 160 DPR \_\_\_\_ |

Número del Caso: EM-2003-6


Fecha: 29 de septiembre de 2003


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Horario para la Presentación         EM-2003-6
de Escritos en el Tribunal de
Apelaciones del 29 de
septiembre al 10 de octubre
de 2003.

RESOLUCION

San Juan, Puerto Rico a 29 de septiembre de 2003

El Tribunal de Circuito de Apelaciones ha mudado su sede a un edificio localizado en la calle César González, esquina Ave. Jesús T. Piñero. A partir del día de hoy, la presentación de escritos y documentos se hará en la nueva sede.

Considerando que la mudanza del Tribunal puede ocasionar confusión y que los litigantes no puedan cumplir con el horario para la presentación de escritos, afectando con ello el acceso de la ciudadanía a dicho foro, se enmienda provisionalmente la Regla 5 del Reglamento del Tribunal de Circuito de Apelaciones, 4 L.P.R.A. Ap. XXII-A,R.5 para extender el horario de la Secretaría del Tribunal de Apelaciones hasta las 6:30 de la tarde, únicamente del 29 de septiembre al 10 de octubre de 2003, ambas fechas inclusive.

Publíquese

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                         Patricia Otón Olivieri
                    Secretaria del Tribunal Supremo